# PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **AVILA** **ELIAS**
       (Last)    (First)    (Initial)

Prisoner Number **F-34850**

Institutional Address **P.O BOX 3030 SUSANVILLE CA. 96127**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**ELIAS DANIEL AVILA**
(Enter the full name of plaintiff in this action.)

vs.

**FELKER**

(Enter the full name of respondent(s) or jailor in this action)

Case No. **CV 08 3424 SBA**
(To be provided by the clerk of court)

PETITION FOR A WRIT OF HABEAS CORPUS (PR)

Read Comments Carefully Before Filling In

### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS           - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12      (a) Name and location of court that imposed sentence (for example; Alameda
13      County Superior Court, Oakland):
14      <u>SAN BENITO COUNTY SUPERIOR COURT</u>   <u>HOLLISTER, CA.</u>
15      Court                                      Location
16      (b) Case number, if known <u>HO30600</u>
17      (c) Date and terms of sentence <u>12/19/2058 – 53 YRS TO LIFE</u>
18      (d) Are you now in custody serving this term? (Custody means being in jail, on
19      parole or probation, etc.)    Yes <u>✓</u>    No ___
20      Where?
21      Name of Institution: <u>HIGH DESERT STATE PRISON</u>
22      Address: <u>P.O BOX 3030, SUSANVILLE, CA. 96127</u>

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  <u>1. 422 PC</u>
27  <u>2. 245 (A)(1) PC</u>
28  <u>3. 422 PC</u>

PET. FOR WRIT OF HAB. CORPUS    - 2 -

3. Did you have any of the following?

    Arraignment:                                  Yes ✓    No ___

    Preliminary Hearing:                  Yes ✓    No ___

    Motion to Suppress:                  Yes ✓    No ___

4. How did you plead?

    Guilty ___    Not Guilty ✓    Nolo Contendere ___

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✓    Judge alone ___    Judge alone on a transcript ___

6. Did you testify at your trial?                Yes ___    No ✓

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment                            Yes ✓    No ___

    (b)    Preliminary hearing                  Yes ✓    No ___

    (c)    Time of plea                          Yes ✓    No ___

    (d)    Trial                                     Yes ✓    No ___

    (e)    Sentencing                              Yes ✓    No ___

    (f)    Appeal                                  Yes ✓    No ___

    (g)    Other post-conviction proceeding    Yes ___    No ✓

8. Did you appeal your conviction?              Yes ✓    No ___

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal                      Yes ✓    No ___

            Year: 2006    Result: DENIED

            Supreme Court of California    Yes ✓    No ___

            Year: 2007    Result: DENIED

            Any other court                      Yes ___    No ✓

            Year: _____    Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

petition?                                        Yes ✓    No ____

(c)  Was there an opinion?                       Yes ✓    No ____

(d)  Did you seek permission to file a late appeal under Rule 31(a)?

                                                 Yes ____ No ✓

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes ____    No ✓

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a)  If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.   Name of Court: _____

     Type of Proceeding: _____

     Grounds raised (Be brief but specific):

     a._____

     b._____

     c._____

     d._____

     Result: _____ Date of Result:_____

II.  Name of Court: _____

     Type of Proceeding: _____

     Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1    a._____
2    b._____
3    c._____
4    d._____
5    Result: _____ Date of Result:_____
6    III.   Name of Court: _____
7    Type of Proceeding: _____
8    Grounds raised (Be brief but specific):
9    a._____
10   b._____
11   c._____
12   d._____
13   Result: _____ Date of Result:_____
14   IV.    Name of Court: _____
15   Type of Proceeding: _____
16   Grounds raised (Be brief but specific):
17   a._____
18   b._____
19   c._____
20   d._____
21   Result: _____ Date of Result:_____
22   (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                                Yes ____    No ✓
24   Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space. Answer the same questions for each claim.
2      [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5      Claim One: *THE PROSECUTOR COMMITTED MISCONDUCT REQUIRING REVERSAL*
6  *OF PETITIONER'S CONVICTION BECAUSE THE PROSECUTOR IMPERMISSIBLY*
7      Supporting Facts: *PETITIONER CONTENDS THAT HIS CONVICTION MUST BE REVERSED*
8  *BECAUSE HE SUFFERED A CONSTITUTIONAL VIOLATION RENDERING HIS CONVICTION*
9  *UNFAIR. SPECIFICALLY THE PROSECUTOR IN THE CASE, DURING CLOSING -*
10 *ARGUEMENT, ANALOGIZED THE PEOPLE'S BURDEN OF PROOF BEYOND (CONTINUE)*
11     Claim Two: _____
12 _____
13     Supporting Facts: _____
14 _____
15 _____
16 _____
17     Claim Three: _____
18 _____
19     Supporting Facts: _____
20 _____
21 _____
22 _____
23     If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why:
25 _____
26 _____
27 _____
28 _____

PET. FOR WRIT OF HAB. CORPUS     - 6 -

1  CLAIM ONE: (CONTINUED) - ALTERED THE PROOF BEYOND A REASONABLE DOUBT -
2  STANDARD, AND THE COURT OVERRULED THE DEFENSE ATTORNEY'S OBJECTION, THE-
3  REBY COMPOUNDING THE ERROR.
4
5  SUPPORTING FACTS: A REASONABLE DOUBT TO A TRAFFIC SIGNAL, BECAUSE THE COURT -
6  DID NOT OVERRULE COUNSEL'S TIMELY OBJECTION, THEREBY INDICATING TO THE JURY THE
7  COURTS APPROVAL OF THE ANALOGY, PETITIONER' CONVICTION WAS RENDERED FUNDAMENT-
8  ALLY UNFAIR, IN THAT HE WAS CONVICTED BY A JURY RELYING ON A STANDARD OF PROOF -
9  LESS THAN THAT CONSTITUTIONALLY REQUIRED.

            A. STANDARD OF REVIEW

11  UNDER THE FIFTH AND SIXTH AMENDMENT TO THE FEDERAL CONSTITUTION, MADE APPLIC-
12  ABLE TO THE STATE BY THE FOURTEENTH AMENDMENT, A DEFENDANT IN A CRIMINAL CASE
13  IS ENTITLED TO DUE PROCESS OF LAW, INCLUDING THE RIGHT TO A FAIR TRIAL WITH PROPER
14  INSTRUCTIONS AS TO THE PEOPLE'S BURDEN OF PROOF IN A CRIMINAL CASE. SUCH PRO-
15  CESS REQUIRES THAT THE PEOPLE PROVE BEYOND A REASONABLE DOUBT THAT THE DEFEN-
16  DANT IS GUILTY OF EACH ELEMENT OF THE CRIMES HE IS CHARGED WITH. (IBID.) WHERE
17  THE JURY IS IMPROPERLY INSTRUCTED AS TO THE PROOF BEYOND REASONABLE DOUBT -
18  STANDARD. THE DEFENDANT HAS SUFFERED A DUE PROCESS VIOLATION AND IS ENTITLED
19  TO A REVERSAL OF HIS CONVICTION. (IBID.). WHERE THE DEFENDANT ALLEGES A -
20  CONSTITUTIONAL VIOLATION AT TRIAL, THE STANDARD OF REVIEW IS NORMALLY WHE-
21  THER THE ERROR IS HARMLESS BEYOND REASONABLE DOUBT. HOWEVER WHERE THE -
22  ERROR IS STRUCTURAL IN NATURE, SUCH AS ERROR IN INSTRUCTING THE JURY -
23  ON THE REASONABLE DOUBT STANDARD, THE ERROR IS PER SE AND REVERSAL -
24  IS REQUIRED. (SULLIVAN V. LOUISIANA, SUPRA, 508 U.S. AT PP. 278-282.)

1      List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  CHAPMAN v. CALIFORNIA (1967) 386 U.S. 18 — PEOPLE v. BROWN (2003) 31 CAL. 4TH 518 — PEOPLE v.
5  FREEMAN (1994) 8 CAL. 4TH 450 — PEOPLE v. JOHNSON (2004) 115 CAL. APP 4TH 1169 — PEOPLE v.
6  NGUYEN (1995) 40 CAL. APP. 4TH 28 — SULLIVAN v. LOUISIANA (1993) 508 U.S. 275 — VICTOR v. NEBRASKA (1994) 511 U.S. 1
7  Do you have an attorney for this petition?        Yes ____   No  X
8  If you do, give the name and address of your attorney:
9  _____

10      WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on _____     *Elias Daniel Avila*
14              Date                                  Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -





LEGAL MAIL

LEGAL MAIL

OFFICE OF THE CLERK
COURT OF APPEAL
STATE OF CALIFORNIA
SIXTH APPELLATE DISTRICT
333 W. SANTA CLARA ST.
SAN JOSE, CA 95113

RECEIVED

1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT
280 S. FIRST STREET
SAN JOSE, CA 95113

