**FILED**
08 JUL 16 AM 10:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELIAS DANIEL AVILA,
　　　　Plaintiff,

vs.

FELKER,
　　　　Defendant.

CASE NO. CV 08 3424 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ELIAS DANIEL AVILA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  __HOLLISTER ELECTRIC, HOLLISTER CA. 95023__
4  _____PHONE #: UNKNOWN_____
5  _____
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8         a.    Business, Profession or              Yes ___ No ✓
9               self employment
10        b.    Income from stocks, bonds,           Yes ___ No ✓
11              or royalties?
12        c.    Rent payments?                       Yes ___ No ✓
13        d.    Pensions, annuities, or              Yes ___ No ✓
14              life insurance payments?
15        e.    Federal or State welfare payments,   Yes ___ No ✓
16              Social Security or other govern-
17              ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.    Are you married?                           Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.    a.    List amount you contribute to your spouse's support : $ _____
28        b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?   Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ✓

_____

8.  What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)   NO

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

1  _____
2  _____
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                    Yes ____  No ✓
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  _____
8  _____
9        I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11        I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  _____            *Elias Avila* (signature)
15         DATE                          SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 4 -

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _ELIAS AVILA #F-34850_ for the last six months at

[prisoner name]

_HIGH DESERT STATE PRISON_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                             _____

[Authorized officer of the institution]