FILED
08 AUG 11 AM 8:18
E-filing
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff,

vs.

Defendant.

CASE NO. 3424

SBA (PR)

**PRISONER'S APPLICATION TO PROCEED _IN FORMA PAUPERIS_**

I, Elias Daniel Avila, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________ Net: ______________

Employer: ______________

______________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

HOLLISTER ELECTRIC, HOLLISTER, CA.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ___

Spouse's Place of Employment: ___

Spouse's Monthly Salary, Wages or Income:

Gross $___ Net $___

4. a. List amount you contribute to your spouse's support:$ ___

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No ✓

Make ______________ Year ____________ Model ______________

Is it financed? Yes _____ No ______ If so, Total due: $ ______________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ____ No ____ Amount: $ ______________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

______________________________________________

8. What are your monthly expenses?

Rent: $ ______________ Utilities: ______________

Food: $ ______________ Clothing: ______________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/22/08

DATE

[signature]

SIGNATURE OF APPLICANT

Case Number: ____________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ELIAS DANIEL AVILA [prisoner name] for the last six months HIGH DESERT STATE PRISON [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 11.20 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 11.25.

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS BY TRUST OFFICE

Dated: 7-31-08

[Authorized officer of the institution]

REPORT ID: TS3030 .701

REPORT DATE: 07/31/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 31, 2008 THRU JUL. 31, 2008

ACCOUNT NUMBER : F34850
ACCOUNT NAME : AVILA, ELIAS DANIEL
PRIVILEGE GROUP: D

BED/CELL NUMBER: ZU0000000000135L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 02/11* | DD30 | CASH DEPOSIT | 3463 3786 | | 45.00 | | 45.00 |
| 02/25 | W502 | POSTAGE CHARG | 3623 POST | | | 2.03 | 42.97 |
| 03/13 | FC01 | DRAW-FAC 1 | 3931 Z 2ND | | | 36.00 | 6.97 |
| 04/10 | FR01 | CANTEEN RETUR | 704475 | | | 36.00- | 42.97 |
| 04/10 | FC01 | DRAW-FAC 1 | 4501 Z 2ND | | | 36.00 | 6.97 |
| 04/17* | DD30 | CASH DEPOSIT | 4665 4141 | | 22.50 | | 29.47 |
| 05/08 | FC01 | DRAW-FAC 1 | 5199 Z 1ST | | | 29.47 | 0.00 |
| 05/08 | FR01 | CANTEEN RETUR | 705214 | | | 0.10- | 0.10 |
| 06/12 | FR01 | CANTEEN RETUR | 705854 | | | 0.07- | 0.17 |
| 07/10 | W516 | LEGAL COPY CH | 0171 06/12 | | | 0.17 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 07/14/2008 | H118 | LEGAL COPIES HOLD | 0245 07/03 | 0.50 |
| 07/15/2008 | H109 | LEGAL POSTAGE HOLD | 0263 07/03 | 2.02 |
| 07/16/2008 | H109 | LEGAL POSTAGE HOLD | 0292 07/15 | 1.51 |
| 07/23/2008 | H118 | LEGAL COPIES HOLD | 0493 07/23 | 1.60 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/07/06
COUNTY CODE: SBT

CASE NUMBER: CR0502163
FINE AMOUNT: $ 5,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/31/2008 | | BEGINNING BALANCE | | 4,883.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-31-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

REPORT ID: TS3030 .701

REPORT DATE: 07/31/08
PAGE NO: 2

HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 31, 2008 THRU JUL. 31, 2008

ACCT: F34850 ACCT NAME: AVILA, ELIAS DANIEL ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/07/06
COUNTY CODE: SBT

CASE NUMBER: CR0502163
FINE AMOUNT: $ 5,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 02/11/08 | DR30 | REST DED-CASH DEPOSIT | 50.00- | 4,833.00 |
| 04/17/08 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 4,808.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 67.50 | 67.50 | 0.00 | 5.63 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 5.63- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7-31-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE

HDSP
Elias Daniel Avila
F34850 Z-135
PO Box 3030
Susanville CA 96127












**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

STATE PRISON