1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS D. AVILA,                                )          No. C 08-3424 SBA (PR)
                                               )
            Petitioner,                        )          **JUDGMENT**
                                               )
     v.                                        )
                                               )
MIKE MCDONALD, Warden,                         )
                                               )
            Respondent.                        )
                                               )

     For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas

Corpus, judgment is hereby entered in favor of Respondent.

     IT IS SO ORDERED.

DATED: 5/17/10

                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

\PRO-SE\HC.08\Avila3424.jud.wpd

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  ELIAS D. AVILA,

                                        Case Number: CV08-03424 SBA
5              Plaintiff,

                                        **CERTIFICATE OF SERVICE**
6     v.

7  FELKER et al,

8              Defendant.
                                        /
9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
11

12  That on May 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
13  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
    receptacle located in the Clerk's office.

14

15

16
    Elias Daniel Avila F-34850
17  High Desert State Prison
    P.O. Box 3030
18  Susanville, CA 96127

19  Dated: May 21, 2010
                                        Richard W. Wieking, Clerk
20                                      By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28

\PRO-SE\HC.08\Avila3424.jud.wpd              2